IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Latoya

Printed: 4/22/08

Case Number: 07 B 06423
Judge: Hollis, Pamela S
Filed: 4/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 10, 2008
Confirmed: September 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,091.22 |  |
| Secured: |  | 4,816.29 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 274.93 |
| Other Funds: |  | 0.00 |
| Totals: | 5,091.22 | 5,091.22 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,237.20 | 0.00 |
| 2. | Washington Mutual Bank FA | Secured | 14,440.00 | 4,816.29 |
| 3. | Washington Mutual Bank FA | Secured | 16,388.31 | 0.00 |
| 4. | Nicor Gas | Unsecured | 326.42 | 0.00 |
| 5. | Verizon Wireless Midwest | Unsecured | 91.70 | 0.00 |
| 6. | B-Real LLC | Unsecured | 41.28 | 0.00 |
| 7. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 8. | Nicor Gas | Unsecured |  | No Claim Filed |
| 9. | Merchants & Professional | Unsecured |  | No Claim Filed |
| 10. | Westlake Community Hospital | Unsecured |  | No Claim Filed |
| 11. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 12. | Westlake Community Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 32,524.91 | $ 4,816.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 274.93 |
|  | $ 274.93 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones, Latoya | Case Number:  07 B 06423 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/22/08 | Filed:  4/10/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

